# UNITED STATES DISTRICT COURT

FILED

07 MAY 15 PM 4:10

## NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

E-Filing

### SAN FRANCISCO DIVISION

## THE UNITED STATES OF AMERICA

# CR *vs.* 07     0300

JSW

### STEVEN JOHN BARNES

## INDICTMENT

**COUNTS ONE AND TWO:** Title18, United States Code, Sections1030(a)(5)(A)(ii) & 1030(a)(5)(B)(I)- Unauthorized Access Into a Protected Computer Recklessly Causing Damage.

*A true bill.*

*Foreperson*

*Filed in open court this* ___15TH___ *day of* __May__

*A.D. 2007*

UNITED STATES MAGISTRATE JUDGE

*Bail. $* __no bail arrest warrant__

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

07 MAY 15 PM 4:10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

COUNTS ONE AND TWO:  Title 18, U.S.C. §§
1030(a)(5)(A)(ii) & 1030(a)(5)(B)(1)-
Unathorized Access Into a Protected Computer
Recklessly Causing Damage

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**E-Filing**

─── DEFENDANT — U.S. ───

STEVEN JOHN BARNES

**DISTRICT COURT NUMBER**

CR 07 0300

**JSW**

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

S/A Jon Chinn-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   SHAWNA YEN

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

Attorney for Plaintiff

FILED

07 MAY 15 PM 4: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, **CR** )     **07       0300**
No.
                           Plaintiff,   )
                                        )   VIOLATIONS:
                    v.                  )
                                        )   18 U.S.C. §§ 1030(a)(5)(A)(ii) &
STEVEN JOHN BARNES,                     )   1030(a)(5)(B)(i): Unauthorized Access Into
                                        )   a Protected Computer Recklessly Causing
                           Defendant.   )   Damage
                                        )
                                        )   SAN FRANCISCO VENUE
_____)

INDICTMENT

The Grand Jury charges:

Introduction

    1.    At all times relevant to this Indictment:

        a.    Blue Falcon Networks ("BFN"), located in San Mateo, CA, was a

company in the business of providing and developing services and content delivery systems for

digital media on the Internet.  BFN had customers throughout the United States and used its

computer system to communicate with its customers, including those that were located outside

the state of California.

        b.    BFN's computer servers were located in San Mateo, CA.  All computer

INDICTMENT

1  communications to BFN via the Internet passed through one of these servers.  These computer

2  servers were used to facilitate interstate and foreign communication.

3

4  COUNT ONE (18 U.S.C. §§ 1030(a)(5)(A)(ii) & 1030(a)(5)(B)(i))

5       2.      The factual allegations in paragraph 1 are re-alleged and incorporated herein as set

6  forth in full.

7       3.      On or about September 30, 2003, in the Northern District of California and

8  elsewhere, the defendant

9                              STEVEN JOHN BARNES

10 did intentionally access a protected computer without authorization, to wit, one or more of BFN's

11 computer servers, and by means of such conduct, recklessly caused damage, i.e., impaired the

12 integrity and availability of data, a program, a system, and information on BFN's computer

13 systems;  which damage caused a loss to BFN aggregating at least $5,000 in value during the

14 one-year period beginning September 30, 2003 and ending September 30, 2004, in violation of

15 Title 18, United States Code, Sections 1030(a)(5)(A)(ii) & 1030(a)(5)(B)(i).

16

17 COUNT TWO (18 U.S.C. §§ 1030(a)(5)(A)(ii) & 1030(a)(5)(B)(i))

18      4.      The factual allegations in paragraph 1 are re-alleged and incorporated herein as set

19 forth in full.

20      5.      On or about October 1, 2003, in the Northern District of California and elsewhere,

21 the defendant

22                              STEVEN JOHN BARNES

23 did intentionally access a protected computer without authorization, to wit, one or more of BFN's

24 computer servers, and by means of such conduct, recklessly caused damage, i.e., impaired the

25 integrity and availability of data, a program, a system, and information on BFN's computer

26 systems;  which damage caused a loss to BFN aggregating at least $5,000 in value during the

27 //

28 //

INDICTMENT                                2

1    one-year period beginning September 30, 2003 and ending September 30, 2004, in violation of

2    Title 18, United States Code, Sections 1030(a)(5)(A)(ii) & 1030(a)(5)(B)(i).

3

4    DATED: _May 15, 2007_           A TRUE BILL.

5

6                                   FOREPERSON

7

8    SCOTT N. SCHOOLS

9    United States Attorney

10

11    MARK L. KROTOSKI

      Chief, Criminal Division

12

13

14    (Approved as to form: _Shawna Yen_ )

                       AUSA Shawna Yen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDICTMENT**                               3