1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    MARK L. KROTOSKI (CASBN 138549)
3   Chief, Criminal Division

4   SHAWNA YEN (CASBN 224447)
    Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5054
7      Facsimile:  (408) 535-5066
       Email:  shawna.yen2@usdoj.gov
8
    Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,        )   No. CR 07-0300 JSW
                                      )
14           Plaintiff,               )   [Proposed]
                                      )   ORDER IMPOSING SPECIAL
15       v.                           )   CONDITION OF PRETRIAL RELEASE
                                      )   RESTRICTING DEFENDANT'S ACCESS
16   STEVEN JOHN BARNES,              )   TO THE INTERNET
                                      )
17           Defendant.               )
                                      )
18   _____)

19           This matter came before the Court for an initial appearance and arraignment on the

20   indictment on Wednesday, June 7, 2007.   At that time, the defendant was released on a $50,000

21   personal recognizance bond, and standard conditions of pretrial release were imposed.

22           The matter then came before the Court for an identification of counsel hearing on

23   Wednesday, June 13, 2007.  At the hearing, the parties agreed to add a special condition of

24   pretrial release, which would prohibit the defendant's access to computers and to the Internet

25   except for work-related purposes.   Given the nature of the charges against the defendant, and

26   based on the parties' stipulation at the hearing, the Court rules as follows:

27

28

1     IT IS HEREBY ORDERED that the following special condition of the defendant's

2   pretrial release be added to the pretrial release order in this case:  that the defendant shall not

3   access computers or the Internet except for work-related purposes.

4     IT IS SO ORDERED.

5     Dated this  18th  day of June, 2007.

6

7   _____

8   BERNARD ZIMMERMAN
    United States Magistrate Judge

9

10  Copies to be served on:

11  SHAWNA YEN
    Assistant U.S. Attorney
12  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

13  RANDY SUE POLLOCK, ESQ.
    Attorney for Steven Barnes
14  2831 Telegraph Avenue
    Oakland, CA 94609

15
    BRAD WILSON
16  Pretrial Services Officer
    United States Pretrial Services Office
17  450 Golden Gate Avenue
    San Francisco, CA 94102

18

19

20

21

22

23

24

25

26

27

28

