SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066
   Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0300 JSW |
| Plaintiff, ) | [Proposed] ORDER IMPOSING SPECIAL CONDITION OF PRETRIAL RELEASE RESTRICTING DEFENDANT'S ACCESS TO THE INTERNET |
| v. ) | |
| STEVEN JOHN BARNES, ) | |
| Defendant. ) | |

     This matter came before the Court for an initial appearance and arraignment on the indictment on Wednesday, June 7, 2007.  At that time, the defendant was released on a $50,000 personal recognizance bond, and standard conditions of pretrial release were imposed.

     The matter then came before the Court for an identification of counsel hearing on Wednesday, June 13, 2007.  At the hearing, the parties agreed to add a special condition of pretrial release, which would prohibit the defendant's access to computers and to the Internet except for work-related purposes.  Given the nature of the charges against the defendant, and based on the parties' stipulation at the hearing, the Court rules as follows:

1  IT IS HEREBY ORDERED that the following special condition of the defendant's
2  pretrial release be added to the pretrial release order in this case: that the defendant shall not
3  access computers or the Internet except for work-related purposes.
4  IT IS SO ORDERED.
5  Dated this 18th day of June, 2007.

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

RANDY SUE POLLOCK, ESQ.
Attorney for Steven Barnes
2831 Telegraph Avenue
Oakland, CA 94609

BRAD WILSON
Pretrial Services Officer
United States Pretrial Services Office
450 Golden Gate Avenue
San Francisco, CA 94102

IT IS SO ORDERED
Judge Bernard Zimmerman

2