1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     Facsimile:  (408) 535-5066
      Email:  shawna.yen2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR 07-0300 JSW
                                       )
14          Plaintiff,                 )   [Proposed]
                                       )   ORDER IMPOSING SPECIAL
15     v.                              )   CONDITION OF PRETRIAL RELEASE
                                       )   RESTRICTING DEFENDANT'S ACCESS
16 STEVEN JOHN BARNES,                 )   TO THE INTERNET
                                       )
17          Defendant.                 )
                                       )
18

19     This matter came before the Court for an initial appearance and arraignment on the

20 indictment on Wednesday, June 7, 2007.  At that time, the defendant was released on a $50,000

21 personal recognizance bond, and standard conditions of pretrial release were imposed.

22     The matter then came before the Court for an identification of counsel hearing on

23 Wednesday, June 13, 2007.  At the hearing, the parties agreed to add a special condition of

24 pretrial release, which would prohibit the defendant's access to computers and to the Internet

25 except for work-related purposes.  Given the nature of the charges against the defendant, and

26 based on the parties' stipulation at the hearing, the Court rules as follows:

27

28

1  IT IS HEREBY ORDERED that the following special condition of the defendant's
2  pretrial release be added to the pretrial release order in this case: that the defendant shall not
3  access computers or the Internet except for work-related purposes.
4  IT IS SO ORDERED.
5  Dated this  18th day of June, 2007.

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

RANDY SUE POLLOCK, ESQ.
Attorney for Steven Barnes
2831 Telegraph Avenue
Oakland, CA 94609

BRAD WILSON
Pretrial Services Officer
United States Pretrial Services Office
450 Golden Gate Avenue
San Francisco, CA 94102

2