1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorneys for Defendant
5  STEVEN JOHN BARNES

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                              ooo
10
11 UNITED STATES OF AMERICA,          CR. No.  07-0300-JSW

12              Plaintiff,
                                      **DOCUMENTATION REGARDING
13 vs.                                CONDITIONS OF PRE-TRIAL
                                      RELEASE**
14
   STEVEN JOHN BARNES,                Hearing Date:    July 9, 2007
15                                     Hearing Time:   2 p.m.
                Defendant.             Court:   Honorable Bernard Zimmerman
16
   _____/
17

18       Defendant Steven John Barnes, by and through his counsel of record Randy Sue

19 Pollock, hereby submits the accompanying documents; to wit, his resume and letters of

20 recommendation from previous employers, for this Court s consideration during the hearing

21 regarding conditions of his pretrial release.

22  Dated: July 6, 2007              Respectfully submitted,

23                                   /s/ Randy Sue Pollock

24                                   _____
                                     RANDY SUE POLLOCK
25                                   Attorney for Defendant
                                     STEVEN JOHN BARNES
26

27

28

ATTACHMENT A

**Steven Barnes**
**sbarnes@thebarnesonline.org**

**Special Skills**
10 years hands-on IT management and senior level administrator experience in a
technical environment. Experience managing and administration IT departments, Data
Operations, and Information Systems.

**Experience**

April 2007 to Present - Florens Container Services, San Francisco, Ca
Network and Telecommunications Manager

October 2006 to March 2007 – Pure Digital Technologies, San Francisco, Ca
Installed two EMC SANs – a CX300 and a CX 500
Decommissioned many Dell Power Vault NAS servers as data was migrated to the SANs
Migrated a 1 TB SQL 2000 Database from a NAS to the SAN
Consolidated SQL servers
Applied Active Directory Group Policy
Installed and configured email gateway Spam and Antivirus appliance
Configured Backup Exec 11d backup server – Disk to disk to tape backups
Optimized Exchanged 2003 server
Upgraded companies antivirus protection on all desktops and servers – Trend

July 2005 – August 2006 – **Arxan Technologies**, San Francisco, Ca
IT Operations Manager
Responsible for company's IT Infrastructure in San Francisco, Indiana and Virginia.
Hands on Manager.   Worked within budget.
Implemented Checkpoint VPN, Sharepoint, MS Project Server and Act
Implemented complete monitoring system for all networked devices.
Managed all IT purchasing and vendors.

August 2004 – March 2005 – **InStorecard**, San Francisco, Ca
Manager of Network Operations and Information Technology
Responsible for company's production network and corporate information technology
needs.
Hands on management of companies 3 tiered .NET production network.
This included a Pix firewall between each tier, load balanced Windows 2003 web
servers, application servers, a Cisco load balancer, sFTP servers, file servers, and a 2
node SQL server cluster.
Setup and maintained companies point to point VPN from the corporate network to the
production network.
Migrated company from outsourced email to a Linux virtual server.
Managed all IT purchasing and outside contractors.
Setup exhaustive network, server and application monitoring using Sitescope and custom

scripts.

February 2004 – August 2004 **Advent Software,** San Francisco, Ca
Senior Systems Administrator
Responsible for moving over 30 Windows servers that ran complex financial applications
from Denver to San Francisco with extremely minimal application down time.
This included load balanced IIS front end web servers, applications servers in the middle
layer and clustered SQL servers in the back.
Managed Foundry load balancing switches.
Managed NAS and SAN systems.
Setup monitoring of all of the above.
Responsible for nightly backups.

June 2003 – January 2004 **MyPleasure** San Francisco, Ca
Director of Information Technology
Responsible for companies information technology and network operations
infrastructure.
Migrated company from sendmail to Exchange.
Upgraded company to Windows 2003 (Active Directory) and Exchange 2003.
Implemented load balancing for Windows 2003 E-commerce servers using Foundry
switches.
Disaster recovery plan implemented massive NAS we used to image our systems nightly.

August 2002 - April 2003 **BlueFalcon Networks** Los Angeles, Ca
Manager of Network Operations and Information Technology
I was hired to totally rebuild both the corporate and production networks. I designed and
installed a redundant production network using Cisco switches, pix firewalls and SNORT
for the IDS system. The corporate network consisted of Cisco switches, a brand new
Windows 2000 domain with a new Exchange server. The firewall was Microsoft ISA.
The production Windows 2000 domain was a child domain of the corporate domain,
making management much easier. The networks were connected via a T1. Both sites had
IPSEC VPNs for remote connectivity and administration. I designed and built the
networks myself. I also renegotiated the company's colocation contract at Equinix saving
them thousands of dollars a year.

June 2001- December 2001 **Zinio Systems** Brisbane, Ca
Manager Operations and Information Technology
Responsible for Information Technology and Network Operations for entire
company (hands on position).
Built companies E-commerce data operations center running Windows 2000 from
scratch running Bea's WebLogic. The web servers were load balanced and the SQL
server was in a 2 node cluster.
Migrated company to new Active directory and Exchange mail system I setup.
Installed company's internal network and servers.
Implemented multiple site-to-site VPNs.

January 2001-June 2001 **BroadBand Office** San Mateo, Ca
Senior Operations / Information Technology Manager
Responsible for Information Systems for entire company of 800 employees
nationwide.
Managed staff of 25.
Implemented Checkpoint firewall and VPN for company, multiple locations.
Managed and monitored over 100 servers in a mixed 24/7/365 environment.
Managed entire IT department, and IT for all offices, nationwide. This
included nationwide WAN and multiple LANs.
Responsible for Help Desk Management as well.

January 1999 to January 2001 **mySimon Inc.** (Division of C|net Networks)
Santa Clara, Ca
Operations and Information Technology Manager
Managed company's Data Center located at Exodus Communications. This included
over 100 load-balanced IIS servers running in a 24/7 environment.
Managed staff of 3 administrators.
Responsible for mySimon's Information Technology infrastructure.
This includes corporate Lan, Wan, VPN, Phone system, and many servers of all
types and configurations.
Much more, including rollout and maintenance of JD Edwards One World.

1998 to 1999 **Request Technology** Palo Alto, CA
Senior Field Technician Support Manager
Provided service and support for various companies. This includes LAN, WAN, OS
(NT, Solaris, Windows 95, MAC) and all hardware that goes along with it. Set up
VPN's, maintained Exchange Mail servers and much more.
Managed customer accounts and installations.
Systems Administration of all types.

1994-1998 **University of San Francisco** San Francisco, CA
Computer Lab Manager / Network Administrator
Responsible for hiring and training of 25 employees.
Provided technical training for professors and staff.
Responsible for Universities Computer Lab Network.
Responsible for maintaining, upgrading, and general upkeep of 200 networked
computers.
Worked with a budget.
Implemented training course for my employees and for students.
Held weekly training sessions.
Managed multiple Servers of all types.
Maintained a Web server with my employee's schedule/calendar, and frequently
updated training/troubleshooting materials.

**Education**

1993-1996 University of San Francisco San Francisco, CA
BS/B.A., Business Administration with an emphasis in Management.
I was VP of the Undergraduate Business Association in 1994.

**Interests**
Most outdoor activities, skiing, golf, and of course, computers and
electronics equipment.

5728 Merriewood Drive
Oakland, CA 94611
USA

June 28, 2007
Steve Barnes
31 Reed Blvd #5B
Mill Valley, CA 94941

To Whom It May Concern:

Steve Barnes worked for me at Arxan Technologies in San Francisco as the manager of IT, from July 2005 until May 2006, when I left the company. He continued to work there after my departure.

Steve was chosen from a large pool of candidates of because of his knowledge of IT systems, his good natured approach to helping people with IT problems, and his overall willingness to do what was needed to get the job completed.

I enjoyed the time I worked with Steve, and have since offered him a position at my current company (which, because of it's location he turned down) but would gladly hire him again should the possibility arise again.


Owen Rubin

June 28, 2007

To Whom It May Concern,

I am delighted to provide a very strong letter of recommendation for Steve
Barnes who worked for me while I was President of Arxan Technologies in San
Francisco. Steve managed the I.T. area for the company including supervision of
our West Lafayette, IN and Washington D.C. offices. I would strongly
recommend Steve and only wish that I had a position available so that I might
have him work for me again.

Sincerely,

Michael J.M. Walsh
221 South Ridgewood Road
Kentfield, CA 94904

415-509-3123

## Michael J. Shannahan

1522 Padres Drive
San Jose, California 95125
(408) 299-0825

June 28, 2007

To Whom It May Concern:

Steve Barnes worked for me as IT Manager when I was the Chief Financial Officer of mySimon in Santa Clara, California. Steve was very reliable, and I enjoyed having him as an employee.

Later, when I was the Chief Financial Officer of Broadband Office, Inc., in San Mateo, California, I hired Steve to work for me as Senior IT Manager. Again, he did a very good job and I enjoyed working with him.

I would be willing to hire Steve again if the right opportunity arises.

Sincerely,

Michael J. Shannahan

**References for Steve Barnes**

**Professional References**

Rachelle Chong
Former Executive at Broadband Office and former FCC Commissioner appointed by President
Bill Clinton and current Commissioner of the California Public Utilities Commission appointed by
Governor Arnold Schwarzenegger.
http://www.cpuc.ca.gov/static/aboutcpuc/commissioners/05chong/index.htm
415-215-429
rachellechong@comcast.net
I worked closely with Rachelle at Broadband Office
Recently, I support Rachel's network for her business in San Francisco and I have known
Rachelle for years.

Mike Walsh
Former CEO/President of Arxan Technologies
(415) 509-3123
WalshMJM@aol.com
http://www.freshnews.com/news/tech-people-move/article_24871.html?intel

Owen Rubin
Former VP of Engineering at Arxan Technologies
(510) 368-0537
orubin@mac.com
One of the original Atari programmers! http://www.orubin.com

Mike Shannahan
Former CFO at mySimon and Broadband Office
408-390-4510
mike.shannahan@comcast.net
I reported to Mike when we both worked at mySimon and after that at Broadband Office
He also serves on the board of directors for Kana Communications and other boards as well.
http://www.kana.com/news.php?pressID=70

Joshua Tretakoff
Vice President of Client Support for InStoreCard
415-794-6451
jtretakoff@loyaltylab.com

Nagaraju Suravarjjala
Manager of QA at InStorecard
925-895-9676
raju@loyaltylab.com
Raju has recent first hand knowledge of my technical skills

Charles Hacskaylo
Chief Creative Office at InStorecard
415-259-9494
charles@loyaltylab.com
Charles also has recent first hand knowledge of my technical skills

**Personal Reference**
Michael Pisciotta
Sales Representative
831-336-9280 (h) 831-566-9270 (cell)
mikenatnath@gmail.com
I have known Mike since High School and am still good friends with him