| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lashanda Scott | | REPORTER/FTR<br>2:06-2:21 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | | DATE<br>July 9, 2007 | | NEW CASE<br>☐ | CASE NUMBER<br>CR07-0300 JSW |
| **APPEARANCES** | | | | | |
| DEFENDANT<br>Steven J. Barnes | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Randy Sue Pollock | PD. ☐  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Shawna Yen (San Jose Office) | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

**PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)**

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time | |
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☒ BAIL REVIEW<br>time 15 min | |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time | |

**INITIAL APPEARANCE**

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

**ARRAIGNMENT**

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

**RELEASE**

☐ RELEASED ON O/R    ☐ ISSUED APPEARANCE BOND    AMT OF SECURITY $    SPECIAL NOTES    ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED     CORPORATE SECURITY ☐    REAL PROPERTY: ☐
☐ CASH $

☐ MOTION FOR DETENTION    ☐ PRETRIAL SERVICES REPORT    ☐ DETAINED    ☐ RELEASED    ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED    ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

☐ CONSENT ENTERED    ☐ NOT GUILTY    ☐ GUILTY    GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED    ☐ CHANGE OF PLEA    ☐ PLEA AGREEMENT FILED    OTHER:

**CONTINUANCE**

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Court entered a STAY AWAY ORDER for Steven J. Barnes; he shall not access any former employers websites, electronic systems, and email systems.

cc: BZ, Pretrial, JSW