RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA,         Plaintiff,   vs.   STEVEN JOHN BARNES,         Defendant. | CR. No.  07-0300-JSW   **STIPULATION TO CONTINUE STATUS CONFERENCE** |

Defendant Steven John Barnes, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen hereby stipulate and agree that the status conference presently set for Thursday, July 26, 2007 at 2:30 p.m. be continued until Thursday September 6, 2007 at 2:30 p.m.  This continuance is at the request of defense counsel so that she can have sufficient time to review the discovery and consulate with a forensics expert.

The time period from 7/26/07 to 9/06/07, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C. Section 3161(h)(B)(ii) given the nature of the prosecution, the volume of evidence, it is unreasonable to expect adequate preparation for pretrial proceedings and for

///

the trial within the limits established by the Speedy Trial Act.

Dated: July 19, 2007              /s/ Randy Sue Pollock
                                  RANDY SUE POLLOCK
                                  Attorney for Defendant
                                  STEVEN JOHN BARNES


Dated: July 19, 2007              /s/ Shawna Yen
                                  SHAWNA YEN
                                  Assistant United States Attorney


SO ORDERED:

Dated: _____             _____
                                  JEFFREY S. WHITE
                                  United States District Court Judge