RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-0300-JSW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

Defendant Steven John Barnes, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen hereby stipulate and agree that the status conference presently set for Thursday, July 26, 2007 at 2:30 p.m. be continued until Thursday September 6, 2007 at 2:30 p.m.  This continuance is at the request of defense counsel so that she can have sufficient time to review the discovery and consulate with a forensics expert.

The time period from 7/26/07 to 9/06/07, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C. Section 3161(h)(B)(ii) given the nature of the prosecution, the volume of evidence, it is unreasonable to expect adequate preparation for pretrial proceedings and for

///

the trial within the limits established by the Speedy Trial Act.

Dated: July 19, 2007

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
STEVEN JOHN BARNES

Dated: July 19, 2007

/s/ Shawna Yen
SHAWNA YEN
Assistant United States Attorney

SO ORDERED:

Dated: July 24, 2007

_____
JEFFREY S. WHITE
United States District Court Judge