1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorneys for Defendant
5  STEVEN JOHN BARNES

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                                ooo
10

11 UNITED STATES OF AMERICA,          CR. No.  07-0300-JSW

12         Plaintiff,

13 vs.                                **STIPULATION TO PERMIT
                                      OUT- OF- DISTRICT TRAVEL**
14
   STEVEN JOHN BARNES,
15
           Defendant.
16 _____/

17

18     IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue

19 Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna

20 Yen, that Mr. Barnes be permitted to travel to New Jersey from August 27-August 30 for

21 work-related purposes.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  Pretrial Service Officer Tim Elder has no objection to this travel.

  Dated: August 7, 2007        /s/ Randy Sue Pollock
                                      RANDY SUE POLLOCK
                                      Attorney for Defendant
                                      Steven John Barnes

  Dated: August 7, 2007        /s/ Shawna Yen
                                      SHAWNA YEN
                                      Assistant United States Attorney

SO ORDERED:

DATE: _____                       _____
                                      JEFFREY S. WHITE
                                      United States District Court Judge