1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorneys for Defendant
5  STEVEN JOHN BARNES

6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                            ooo
10

11  UNITED STATES OF AMERICA,         CR. No.  07-0300-JSW

12           Plaintiff,

13  vs.                               **STIPULATION TO PERMIT
                                      OUT- OF- DISTRICT TRAVEL**
14
    STEVEN JOHN BARNES,
15
             Defendant.
16  _____/

17

18       IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue

19  Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna

20  Yen, that Mr. Barnes be permitted to travel to New Jersey from August 27-August 30 for

21  work-related purposes.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1 | Pretrial Service Officer Tim Elder has no objection to this travel.

3 | Dated: August 7, 2007            /s/ Randy Sue Pollock
4 |                                   RANDY SUE POLLOCK
                                      Attorney for Defendant
5 |                                   Steven John Barnes

6 | Dated: August 7, 2007            /s/ Shawna Yen
7 |                                   SHAWNA YEN
                                      Assistant United States Attorney

10 | SO ORDERED:

11 | DATE: August 9, 2007            _____
                                      JEFFREY S. WHITE
12 |                                  United States District Court Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2