RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.  07-0300-JSW |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT OUT- OF- DISTRICT TRAVEL** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that Mr. Barnes be permitted to travel to New Jersey from August 27-August 30 for work-related purposes.

///
///
///
///
///
///

1 | Pretrial Service Officer Tim Elder has no objection to this travel.

3 | Dated: August 7, 2007        /s/ Randy Sue Pollock
4 |                              RANDY SUE POLLOCK
                                 Attorney for Defendant
5 |                              Steven John Barnes

6 | Dated: August 7, 2007        /s/ Shawna Yen
7 |                              SHAWNA YEN
                                 Assistant United States Attorney

10 | SO ORDERED:

11 | DATE: August 9, 2007         _____
                                  JEFFREY S. WHITE
12 |                              United States District Court Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(United States District Court, Northern District of California seal)