# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date:   September 6, 2007

Case No.  CR-07-300   JSW            Judge:  Jeffrey S. White

**United States of America   v.  Steve Barnes**
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( )

   Shawna Yen                              Randy Sue Pollack
   U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Debra Pas

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**    Most discovery has been provided.


**Case Continued to 11-15-07 at 2:30 p.m. for Further Status / Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**