SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5054
  Facsimile:  (408) 535-5066
  Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-0300 JSW |
| Plaintiff, | [Proposed] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | |
| STEVEN JOHN BARNES, | |
| Defendant. | |

This matter came before the Court for an initial status conference before the district court on Thursday, September 6, 2007. Counsel for the government and the defendant were present. At the conclusion of the hearing, and at the request of the parties, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to November 15, 2007 at 2:30 p.m. for a trial-setting or motions-setting conference before the district court.

IT IS FURTHER ORDERED that the period of time from September 6, 2007 and including November 15, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial because of the following reasons: the present case

involves complex and technical computer issues, and defense counsel requires the additional time to retain a computer expert to help review the over 900 pages of discovery that has been provided by the government.   Accordingly, the time is excluded for the effective preparation of counsel.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this  10th day of September, 2007.

_____
JEFFREY S. WHITE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

RANDY POLLOCK, ESQ.
2871 Telegraph Avenue
Oakland, CA 94609

2