## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Bernard Zimmerman**          RE:     **Steven John Barnes**
        **U.S. Magistrate Judge**

FROM:   **Claudette M. Silvera, Chief**          DOCKET NO.:     **CR-07 - 300**
        **U.S. Pretrial Services Officer**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Timothy Elder**                                **415-436-7519**
                                                 **TELEPHONE NUMBER**

RE:     **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on ___*Nov 14*___ at ___*7:30 am*___ .

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:


_____          _____
**JUDICIAL OFFICER**                        **DATE**


**Cover Sheet** (12/03/02)