1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967

4  Attorney for Defendant
   STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| UNITED STATES OF AMERICA, | CASE NO. 07-0300-JSW (BZ) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER MODIFYING** |
| STEVEN JOHN BARNES, | **PRETRIAL RELEASE CONDITIONS** |
| Defendant. | |

Based on the report of the Office of Pretrial Services and the hearing before this Court on November 14, 2007, IT IS HEREBY ORDERED that STEVEN JOHN BARNES reside in a residential treatment program for a period not to exceed six (6) months.

Date: November __, 2007

_____
BERNARD ZIMMEMAN
United States Magistrate Judge