RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967

Attorney for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-0300-JSW (BZ) |
| Plaintiff, | |
| vs. | **ORDER MODIFYING** |
| | **PRETRIAL RELEASE CONDITIONS** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

_____/

    Based on the report of the Office of Pretrial Services and the hearing before this Court on November 14, 2007, IT IS HEREBY ORDERED that STEVEN JOHN BARNES reside in a residential treatment program for a period not to exceed six (6) months.

Date: November 15, 2007

_____
BERNARD ZIMMEMAN
United States Magistrate Judge

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT NORTHERN CALIFORNIA