RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. 07-0300-JSW |
|---|---|
| Plaintiff, | |
| vs. | |
| STEVEN JOHN BARNES, et al., | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

Defendant STEVEN JOHN BARNES, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen, hereby stipulate and agree that the status conference presently set for Thursday, December 20, 2007, be continued to January 24, 2008. This continuance is necessary so that counsel's computer expert can complete his review of the discovery in this case and that counsel can have adequate time to meet and discuss his findings. Additionally, Mr. Barnes has been at the Newbridge Drug Program for approximately a month and counsel will need to meet and confer with him following her consultation with the expert.

////

1  The time period from December 20, 2007 to January 24, 2008, would be deemed
2  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3  served by granting a continuance outweigh the best interests of the public and of the
4  defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section
5  3161(h)(8)(B)(ii) given the nature and complexity of the prosecution and the volume of
6  the evidence, it is unreasonable to expect adequate preparation for pretrial proceedings
7  and for the trial within the time limits established by the Speedy Trial Act.

10  Date: December 17, 2007             /s/ Randy Sue Pollock
                                        RANDY SUE POLLOCK
                                        Counsel for Defendant
                                        Steven John Barnes

14  Date:   December 17, 2007           /s/ Shawna Yen
                                        SHAWNA YEN
                                        Assistant United States Attorney

18  SO ORDERED:
19  December___, 2007
                                        _____
                                        JEFFREY S. WHITE
20                                      United States District Court Judge