1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | CR. 07-0300-JSW |
|---|---|
| Plaintiff, | |
| vs. | |
| STEVEN JOHN BARNES, et al., | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| Defendant. | AND ORDER THEREON |

Defendant STEVEN JOHN BARNES, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen, hereby stipulate and agree that the status conference presently set for Thursday, December 20, 2007, be continued to January 24, 2008.  This continuance is necessary so that counsel's computer expert can complete his review of the discovery in this case and that counsel can have adequate time to meet and discuss his findings.  Additionally, Mr. Barnes has been at the Newbridge Drug Program for approximately a month and counsel will need to meet and confer with him following her consultation with the expert.

////

1     The time period from December 20, 2007 to January 24, 2008, would be deemed
2 excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3 served by granting a continuance outweigh the best interests of the public and of the
4 defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section
5 3161(h)(8)(B)(ii) given the nature and complexity of the prosecution and the volume of
6 the evidence, it is unreasonable to expect adequate preparation for pretrial proceedings
7 and for the trial within the time limits established by the Speedy Trial Act.

10 Date: December 17, 2007      /s/ Randy Sue Pollock
11     RANDY SUE POLLOCK
    Counsel for Defendant
12     Steven John Barnes

14 Date:   December 17, 2007      /s/ Shawna Yen
15     SHAWNA YEN
    Assistant United States Attorney

18 SO ORDERED:
19 December 18, 2007

    JEFFREY S. WHITE
20     United States District Court Judge