| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64473) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | San Francisco, CA 94109 |
| | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 272-0711 |
| 5 | Attorney for Defendant |
| | STEVEN JOHN BARNES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–oOo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN JOHN BARNES, et al.,

    Defendant.

_____/

CR. 07-0300-JSW

**STIPULATION TO CONTINUE STATUS CONFERENCE**

Defendant STEVEN JOHN BARNES, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen, hereby stipulate and agree that the status conference presently set for Thursday, January 24, 2008, be continued to February 28, 2008. This continuance is necessary so that defense counsel and the Assistant U.S. Attorney can have sufficient time to meet and confer regarding a disposition. Defense counsel has been unable to meet with Ms. Yen due to her involvement in extensive preparation for trial in *United States vs. Hill, et al, CR. 05-00324-MMC* which is set to commence jury selection on February 4, 2008. Additionally, defense counsel's husband was recently diagnosed with a serious medical condition that has taken a great deal of her time.

| | |
|---|---|
| 1 | The time period from January 24, 2008 and February 28, 2008, would be deemed |
| 2 | excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice |
| 3 | served by granting a continuance outweigh the best interests of the public and of the |
| 4 | defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section |
| 5 | 3161(h)(8)(B)(ii) given the nature and complexity of the prosecution and the volume of |
| 6 | the evidence, it is unreasonable to expect adequate preparation for pretrial proceedings |
| 7 | and for the trial within the time limits established by the Speedy Trial Act. |

Date: January 22, 2008

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant
Steven John Barnes

Date: January 22, 2008

/s/ Shawna Yen
SHAWNA YEN
Assistant United States Attorney

SO ORDERED:

January 22, 2008

JEFFREY S. WHITE
United States District Court Judge