RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN JOHN BARNES, et al.,<br><br>    Defendant.<br>_____/ | CR. 07-0300-JSW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

    Defendant STEVEN JOHN BARNES, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Shawna Yen, hereby stipulate and agree that the status conference presently set for Thursday, February 21, 2008, be continued to March 13, 2008.  This continuance is necessary so that defense counsel can have another consultant review the discovery.  Counsel will be forwarding the discovery to a new consultant on February 20th and he should complete his review by early March so that counsel and the Assistant U.S. Attorney can have sufficient time to meet and confer regarding a disposition.  Counsel do not anticipate any further continuances in this

///

///

1  The time period from February 21, 2008 to March 13, 2008 would be deemed
2  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3  served by granting a continuance outweigh the best interests of the public and of the
4  defendant in a speedy trial.    Additionally, pursuant to 18 U.S.C. Section
5  3161(h)(8)(B)(ii) given the nature and complexity of the prosecution and the volume of
6  the evidence, it is unreasonable to expect adequate preparation for pretrial proceedings
7  and for the trial within the time limits established by the Speedy Trial Act.

Date: February 19, 2008          /s/ Randy Sue Pollock
                                 RANDY SUE POLLOCK
                                 Counsel for Defendant
                                 Steven John Barnes

Date: February 19, 2008          /s/ Shawna Yen
                                 SHAWNA YEN
                                 Assistant United States Attorney

SO ORDERED:

February___,2008
                                 _____
                                 JEFFREY S. WHITE
                                 United States District Court Judge