United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN JOHN BARNES,

    Defendant.
_____/

No. CR 07-00300-1 JSW

**ORDER DENYING REQUEST TO CONTINUE STATUS HEARING**

The Court has received the parties' stipulated request to continue the status hearing set on March 13, 2008 to March 20, 2008, based on the fact that Government counsel is not available. The parties previously stipulated to the March 13, 2008 date, and there is no explanation as to why this date is no longer available to Government counsel. Accordingly, the parties' request is HEREBY DENIED, and the parties shall appear on March 13, 2008 as previously schedule. The Government shall have substitute counsel available on that date.

**IT IS SO ORDERED.**

Dated: February 26, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE