UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

**Date: March 13, 2008**

**Case No. CR-07-300 JSW**         **Judge: Jeffrey S. White**

**United States of America v. Steve Barnes**
                                         **Defendant**
                 Present ( X ) Not Present ( ) In-Custody ( )

Shawna Yen                                        Randy Sue Pollack
U.S. Attorney                                      Defense Counsel

**Deputy Clerk: Jennifer Ottolini**            **Court Reporter: Debra Pas**

*E-filing*

**PROCEEDINGS**

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Indictment in violation of 18 USC § 1030(a)(5)(A)(ii) & 1030(a)(5)(B)(I), unauthorized access into a protected computer recklessly causing damage.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains on pretrial release.

**Case Continued to June 19, 2008 at 2:30 p.m. for Judgment and Sentencing**