1 | RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–oOo–

| UNITED STATES OF AMERICA, | CR. No.  07-0300-JSW (BZ) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY APPEARANCE BOND** |
| STEVEN JOHN BARNES, | _____ |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that Mr. Barnes' $50,000.00 unsecured personal recognizance bond be modified as follows:

   1.  He is to be released from New Bridge Treatment Program on May 15, 2008 to reside with his wife Mara Lisa Barnes at 31 Reed Blvd. #5B, Mill Valley, CA 94941;

   2.  He shall not possess any firearm, destructive device or other dangerous weapon;

   3.  He shall participate in drug counseling and submit to drug testing, as directed by Pretrial Services;

     4. He shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;

     5. He shall maintain current employment or if unemployed shall seek and maintain verifiable employment;

     6. He shall not change residence without prior approval of Pretrial Services; and

     7. He shall still be subject to the Order of this Court, entered on June 18, 2007, imposing the special condition that he shall not access computers or the Internet except for work-related purposes.

     These modifications are at the request of and with the concurrence of United States Pretrial Service Officer Victoria Gibson.

Dated: May 12, 2008

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
Steven John Barnes

Dated: May 12, 2008

/s/ Shawna Yen
SHAWNA YEN
Assistant United States Attorney

SO ORDERED:

Date: _____

_____
JEFFREY S. WHITE
United States District Court Judge