1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. No. 07-0300-JSW [BZ] |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT OUT- OF- DISTRICT TRAVEL** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that Mr. Barnes be permitted to travel with his wife and children to Orange County [the Central District of California] from May 29, 2008 through June 1, 2008.

///
///
///
///
///
///
///

Pretrial Service Officer Victoria Gibson has no objection to this travel.

Dated: May 20, 2008                    /s/ Randy Sue Pollock
                                       RANDY SUE POLLOCK
                                       Attorney for Defendant
                                       Steven John Barnes

Dated: May 20, 2008                    /s/ Shawna Yen
                                       SHAWNA YEN
                                       Assistant United States Attorney

SO ORDERED:

DATE: _____, 2008
                                       _____
                                       JEFFREY S. WHITE
                                       United States District Court Judge