```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  Telephone: (510) 763-9967
    Facsimile:  (510) 272-0711
 4
    Attorney for Defendant
 5  STEVEN JOHN BARNES
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-0300-JSW [BZ] |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT OUT- OF- DISTRICT TRAVEL** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that Mr. Barnes be permitted to travel with his wife and children to Orange County [the Central District of California] from May 29, 2008 through June 1, 2008.

///
///
///
///
///
///
///

1 | Pretrial Service Officer Victoria Gibson has no objection to this travel.

Dated: May 20, 2008

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
Steven John Barnes

Dated: May 20, 2008

/s/ Shawna Yen
SHAWNA YEN
Assistant United States Attorney

SO ORDERED:
DATE: 21 May, 2008

JEFFREY S. WHITE
United States District Court Judge

2