1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:   (510) 272-0711
4
   Attorney for Defendant
5  STEVEN JOHN BARNES

6

7
                  UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                            —ooo—
10

11  UNITED STATES OF AMERICA,          CR. No.  07-0300-JSW [BZ]

12              Plaintiff,

13  vs.                                **STIPULATION TO PERMIT
                                       OUT- OF- DISTRICT TRAVEL**
14  STEVEN JOHN BARNES,

15              Defendant.

16  _____/

17

18      IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue

19  Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna

20  Yen, that Mr. Barnes be permitted to travel with his wife and children to Orange County

21  [the Central District of California] from May 29, 2008 through June 1, 2008.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

E-filing

1   Pretrial Service Officer Victoria Gibson has no objection to this travel.

2

3   Dated: May 20, 2008                        /s/ Randy Sue Pollock
                                               RANDY SUE POLLOCK
4                                              Attorney for Defendant
                                               Steven John Barnes
5

6

7   Dated: May 20, 2008                        /s/ Shawna Yen
                                               SHAWNA YEN
8                                              Assistant United States Attorney

9

10

11  SO ORDERED:

12  DATE:        , 2008

13                                             JEFFREY S. WHITE
                                               United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2