# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 07-0300-01 JSW
)
Steven John Barnes )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ June 19, 2008 _____ be continued until _____ August 7, 2008 _____ at _____ 2:30 p.m. _____ .

Date: ___ JUN 0 3 2008 ___

Jeffrey S. White
United States District Judge

*Courtesy Copy: To USPO Simone via inter-office mail*

NDC-PSR-009 12/06/04