# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-0300-01 JSW |
| ) | |
| Steven John Barnes ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____August 7, 2008____ be continued until ____September 25, 2008____ at ____2:30 p.m.____ .

Date: AUG 0 5 2008

Jeffrey S. White
United States District Judge