RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-0300-JSW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| STEVEN JOHN BARNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that sentencing which is presently set for Thursday, September 25, 2008 at 2:30 p.m. be continued to Thursday, October 30, 2008 at 2:30 p.m. This continuance is at the request of defense counsel for the following reasons:

1. Defense counsel is set to commence at trial before the Honorable Phyllis J. Hamilton on September 15, 2008 [United States vs. Shannon Blaylock, CR. 07-0454-PJH] which will last approximately a week and a half;

2. Counsel still needs to review the final presentence report which has not been filed yet by the U.S. Probation Office; and

1    3.    AUSA Yen is still attempting to determine the actual loss for the victim
2 company which will affect the sentence in this case.
3    While all parties have agreed to propose the date of October 30, 2008, for
4 sentencing, we believe that this Court should be aware that we may need to hold an
5 evidentiary hearing regarding the issue of loss.
6    U.S. Probation Officer Cheryl Simone has no objection to the proposed date for
7 sentencing.

8  Dated: September 13, 2008          /s/ Randy Sue Pollock
9                                     RANDY SUE POLLOCK
                                      Attorney for Defendant
10                                    Steven John Barnes

11
   Dated: September 13, 2008          /s/ Shawna Yen
12                                    SHAWNA YEN
                                      Assistant United States Attorney
13

14

15 SO ORDERED:

16 DATE: _____        _____
                              JEFFREY S. WHITE
17                            United States District Court Judge