RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorneys for Defendant
STEVEN JOHN BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.  07-0300-JSW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| STEVEN JOHN BARNES, | AND ORDER THEREON |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Shawna Yen, that sentencing which is presently set for Thursday, September 25, 2008 at 2:30 p.m. be continued to Thursday, October 30, 2008 at 2:30 p.m.  This continuance is at the request of defense counsel for the following reasons:

    1.   Defense counsel is set to commence at trial before the Honorable Phyllis J. Hamilton on September 15, 2008 [United States vs. Shannon Blaylock, CR. 07-0454-PJH] which will last approximately a week and a half;

    2.   Counsel still needs to review the final presentence report which has not been filed yet by the U.S. Probation Office; and

1      3.   AUSA Yen is still attempting to determine the actual loss for the victim
2 company which will affect the sentence in this case.
3     While all parties have agreed to propose the date of October 30, 2008, for
4 sentencing, we believe that this Court should be aware that we may need to hold an
5 evidentiary hearing regarding the issue of loss.
6     U.S. Probation Officer Cheryl Simone has no objection to the proposed date for
7 sentencing.

8 Dated: September 13, 2008     /s/ Randy Sue Pollock
9     RANDY SUE POLLOCK
    Attorney for Defendant
10     Steven John Barnes

11
   Dated: September 13, 2008     /s/ Shawna Yen
12     SHAWNA YEN
    Assistant United States Attorney
13

14

15 SO ORDERED:

16 DATE: _September 15, 2008_     _____
17     JEFFREY S. WHITE
    United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28