| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: (510) 763-9967 |
| | Facsimile: (510) 272-0711 |
| 4 | |
| | Attorney for Defendant |
| 5 | STEVEN JOHN BARNES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CR. No. 07-0300-JSW |
| Plaintiff, | | |
| vs. | | **STIPULATION AND** ~~**PROPOSED**~~ |
| | | **ORDER TO VACATE HEARING** |
| STEVEN JOHN BARNES, | | **RE. RELEASE OF LIEN** |
| Defendant. | | _____ |
| | | **AND ORDER TERMINATING** |
| | | **MOTION** |
| _____/ | | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Steven John Barnes, and Assistant United States Attorney Michelle Kane, that the motion to remove the lien on Mr. Barnes' house be vacated from the Court calendar on May 24, 2012. Mr. Barnes and the Financial Litigation Unit of the U.S. Attorney's Office worked together and he has obtained refinancing at a greatly reduced

Dated: May 20, 2012                    /s/
                                                       RANDY SUE POLLOCK
                                                       Attorney for Defendant
                                                       Steven John Barnes

Dated: May 20, 2012

_____/s/_____
MICHELLE KANE
Assistant United States Attorney

SO ORDERED: **This Order terminates Docket No. 58.**

DATE: May 21, 2012

_____
JEFFREY S. WHITE
United States District Court Judge